# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19-mj-1003 | UNITED STATES vs. Ortiz | |
| Hearing Date: | 4/16/2019 | Time In and Out: | 9:41-9:42 / 1 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Ernie Ortiz | Defendant's Counsel: | Wayne Baker |
| AUSA | James Braun | Pretrial/Probation: | D. Marrufo-Ramos |
| Interpreter: | N/A | | |

### Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary hearing
- ☐ Court finds probable cause    ☐ Court does not find probable cause

### Custody Status

- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☐ Matter referred to ___ for final revocation hearing
- ☐