# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 19-1309 JB | USA vs.: Ortiz |
| Date: 5/19/20 | Name of Deft: Ernie Thomas Ortiz |

Before the Honorable: James O. Browning

| | |
|---|---|
| Time In/Out: 10:31 am - 11:18 am | Total Time in Court (for JS10): 47 Minutes |
| Clerk: J. Wright | Court Reporter: J. Bean |
| AUSA: Paul Mysliewiecz | Defendant's Counsel: Wayne Baker |
| Sentencing in: Albuquerque | Interpreter: |
| Probation Officer: Jason Hunt | Interpreter Sworn?  Yes   No |

| Convicted on: | x | Plea | | Verdict | As to: | | Information | x | Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | | Accepted | | Not Accepted | No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | | 1/10/20 | PSR: | x | Not Disputed | | Disputed | x | Courts adopts PSR Findings |
| Evidentiary Hrg: | x | Not Needed | | Needed | Exceptions to PSR: | | | | |

| SENTENCE IMPOSED | Imprisonment (BOP): | Count 1: 1 month to run concurrent with Count 2<br>Count 2: 1 month concurrent to Count 1<br>Count 3: 24 months to run consecutively to Counts 1 &2 |
|---|---|---|
| Supervised Release: | 3 years as to Count 1<br>3 years as to Count 2<br>1 year as to Count 3 all to run concurrently for a total of 3 years | Probation: |

| REC | x | 500-Hour Drug Program | | BOP Sex Offender Program | Other: | |
|---|---|---|---|---|---|---|
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for   months   days |
| | Comply with ICE laws and regulation | x | | Community service for 40 hours during supervised release. |
| x | Participate in/successfully complete subst abuse program/testing | x | | Reside halfway house   6   months   days |
| x | Participate in/successfully complete mental health program | | | Register as sex offender |
| x | Refrain from use/possession of alcohol/intoxicants | | | Participate in sex offender treatment program |
| x | Submit to search of person/property | | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | | No computer with access to online services |
| | No entering or loitering near victim's residence | | | No contact with children under 18 years |
| | Provide financial information | | | No volunteering where children supervised |
| x | Waive right of confidentiality and allow the treatment provider to release treatment records | | | Restricted from occupation with access to children |
| x | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | | No loitering within 100 feet of school yards |
| x | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | x | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| | OTHER: | | | |

| | | | |
|---|---|---|---|
| Fine: $ | None imposed | Restitution: $ | None imposed |
| SPA: $ | 300.00 (100 per count) | Payment Schedule:  x  Due Immediately   Waived | |

OTHER:

| | | | |
|---|---|---|---|
| x | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |

*Rev. November 10, 2015*

| X | Held in Custody | | Voluntary Surrender |
|---|---|---|---|
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

OTHER COMMENTS: