PROB 12C - (Rev. D/NM-8/2014)                                                                                      46588

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Ernie Thomas Ortiz |
| Docket Number: | 1084 1:19CR01309 -001JB |
| Assigned Judge: | Honorable James O. Browning, United States District Judge |
| Date of Original Sentence: | 2020-04-15 |
| Original Offense: | 18 U.S.C. 1071: Harboring a Fugitive |
| | 18 U.S.C. 1344(2): Bank Fraud  18 U.S.C. 1028(a)(1): Aggravated Identity Theft |
| Original Sentence: | BOP: 25 Months; TSR:3 Years |
| Date Supervision Commenced: | 01/20/2021 |
| Date Supervision Expires: | 01/19/2024 |
| Other Court Action: | None. |

## PETITIONING THE COURT

No warrant requested.  Emergency warrant issued.

U.S. Probation Officer of the Court, Karina L Villalobos, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SPC | You must reside in a residential reentry center for a term of six (6) months.  You must follow the rules and regulations of the center. |
| | On Friday February 19, 2021, the United States Probation Office received a call from the Diersen Charities Residential Reentry Center (RRC) in Albuquerque, New Mexico, advising the offender absconded from the facility. At 7:55 PM the offender walked out of the patio door and headed west on Menaul Boulevard. As a result, the offender was unsuccessfully terminated from the program. The offender's current whereabouts are unknown. |

The maximum statutory penalty:  3 years imprisonment; 5 years supervised release. Underlying offense is a Class B Felony.

The revocation range of imprisonment:  6 to 12 months. Criminal History Category IV. Class C Felony.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 02/22/2021.

| Submitted: | Approved: | ☒ Phone Approval |
|---|---|---|

*KLV*

Karina L Villalobos
U.S. Probation Officer
Cell #: 505-508-9334

Jack E. Burkhead
505-224-1424
Supervisory Assistant U.S. Attorney

Date: 02/22/2021