AO 442 (Rev. 10/08) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2022 MAR -4  AM 11: 16

# UNITED STATES DISTRICT COURT
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | Case: 1084 1:19CR01309- 001JB |
| Ernie Thomas Ortiz | |

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ernie Thomas Ortiz and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release      ☐ Probation Violation      ☒ Supervision Release Violation

This offense is briefly described as follows:

Continued use of methamphetamine.

Date: March 04, 2022

_____
Issuing Officer's signature

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
Printed name and title

## Return

This warrant was received on ( date ) 3/4/2022, and the person was arrested on ( date ) 3/4/2022 at ( city and state ) Albuquerque, NM.

Date: 3/4/2022

Glenn Dominguez
Arresting officer's signature

Glen Dominguez, Deputy US M,L
Printed name and title

