# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance/Preliminary/Detention Hearing - VSR

| | | | |
|---|---|---|---|
| Case Number: | 19-CR-1309 JB | UNITED STATES vs. Ortiz | |
| Hearing Date: | 3/7/2022 | Time In and Out: | 10:15 a.m./10:37 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Hondo via Zoom |
| Defendant: | Ernie Thomas Ortiz | Defendant's Counsel: | Wayne Baker |
| AUSA: | Jon Stanford | Pretrial/Probation: | Karina Villalobos |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant currently has Court appointed counsel
- [x] Government moves to detain     [ ] Government does not recommend detention
- [ ] Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- [x] Defendant waives Preliminary Hearing
- [x] Court finds probable cause     [ ] Court does not find probable cause

## Detention

- [ ] Defendant
- [x] Defense – proffers release; USA – proffers detention; court addresses USPO; Officer Villalobos responds, recommends detention; court findings.

## Custody Status

- [x] Defendant detained pending hearing
- [ ] Conditions

## Other

- [x] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [x] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [x] Matter referred to District Judge for Final Revocation Hearing
- [ ]